THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL MELEANCE, Appellant.

Submitted November 17, 2008; decided November 20, 2008

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

RIVERSIDE CAPITAL ADVISORS, INC., Appellant, and WINCHESTER GLOBAL TRUST COMPANY LIMITED, Respondent, v FIRST SECURED CAPITAL CORP. et al., Appellants, et al., Defendants. THOMAS B. DONOVAN et al., Nonparty Appellants.

Submitted August 25, 2008; decided November 20, 2008

Motion for leave to appeal dismissed upon the ground that the "Third Amended Order and Judgment" sought to be appealed from does not finally determine the action within the meaning of the Constitution.

TOA CONSTRUCTION CO., INC., Respondent, v MICHAEL TSITSIRES, Appellant, et al., Respondents.

Submitted November 17, 2008; decided November 20, 2008

Motion by the National Alliance on Mental Illness of New York City, Inc. for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.